IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH D. ROBERTS, JR. | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-01026 |
| | § | |
| THE CITY OF HOUSTON, TX; | § | JURY TRIAL DEMANDED |
| J.P. RODGERS, D. ORTEGA, | § | |
| D.A. SOLIS, and C. GRAHMANN, | § | |
| INDIVIDUALLY AND IN THEIR | § | |
| OFFICIAL CAPACITY | § | |
|     Defendants. | § | |

## PLAINTIFF'S MOTION TO REOPEN

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Joseph D. Roberts files this Motion to Reopen. On October 3, 2016 the Court signed an Order staying this case until the state criminal charges against Plaintiff pending in the 208th Criminal Court of Harris County and Harris County Criminal Court No. 6 are resolved.

As of the date of this Motion, Plaintiff is not being held in either state or federal custody. Counsel for the Plaintiff has spoken to the relevant law enforcement offices and is of the understanding that all cases referenced above have been dismissed and will not be refiled. This fact is supported by the Declaration of Richard Daniels which is attached herein.

Consequently, Plaintiff asks that the Court reopen the case, allow Plaintiff to continue prosecuting his claims, and award any other appropriate relief.

Dated: March 29, 2018

        Respectfully submitted,

        **LAW OFFICES OF KEVIN MICHAEL MADDEN, P.L.L.C.**

    By: /s/ *Kevin M. Madden*

        Kevin M. Madden
        State Bar No. 24041376
        5225 Katy Freeway, Suite 520
        Houston, Texas 77007
        281-888-9681 Telephone
        832-538-0937 Facsimile
        E-mail: kmm@kmaddenlaw.com

    AND

    **LAW OFFICES OF RICHARD LEE DANIELS, PLLC**

    By: /s/ *Richard Lee Daniels*

        Richard Lee Daniels
        Texas Bar No. 00795311
        3203 Mercer Street
        Houston, Texas 77027
        Tel. 713-877-0800
        Fax. 713-877-0801
        Email: rdanielslaw@sbcglobal.net

        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of March, 2018, a true and correct copy of the foregoing pleading was served in accordance with the Federal Rules of Civil Procedure on the following

Nelita N. Hatch                                                                   Via EFS
Senior Assistant City Attorney
Texas Bar No. 90001914
Fed. I.D. No. 23498
P.O. Box 368
Houston, Texas 77001-0368
900 Bagby, 3rd Floor
Houston, Texas 77002
Tel. 832-393-6270
Fax. 832-393-6259
Nelita.hatch@houstontx.gov

**ATTORNEY FOR DEFENDANTS**

                                                /s/ *Kevin M. Madden*_____
                                                      Kevin M. Madden

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH D. ROBERTS, JR. | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-01026 |
| | § | |
| THE CITY OF HOUSTON, TX; | § | JURY TRIAL DEMANDED |
| J.P. RODGERS, D. ORTEGA, | § | |
| D.A. SOLIS, and C. GRAHMANN, | § | |
| INDIVIDUALLY AND IN THEIR | § | |
| OFFICIAL CAPACITY | § | |
|    Defendants. | § | |

## **DECLARATION**

"I, Richard Daniels, declare under penalty of perjury that the foregoing is true and correct.

1. It is the strong belief and contention of the Plaintiff and his counsel that the Defendants have purposefully delayed the due process rights of Joseph Roberts in bring forth his civil rights violation claims and damages that have accrued.  The Defendants Motion to Stay case was filed in June 2016, praying that the court delay the Joseph Roberts case and administratively close the matter until the State of Texas criminal charges against the Plaintiff are concluded i.e. Cause No. 1425123 pending in State District Court 208th Criminal Court in Harris County, and Cause No. 1956965 pending in County Court at Law No. 6, Harris County.

2. We ask the Honorable Court to take notice that the original criminal charges in question were two separate charges/arrests which occurred on April 16, 2014.  Over two years have passed with absolute no action on the adjudication of either of the two criminal charges in question.  Except for the fact that each State Criminal charge has been dismissed and then reinstated on multiple occasions.  Currently both State Criminal cases at issue are "dismissed" and it has been conveyed to Richard Lee Daniels, attorney for Joseph Roberts, that the Court and/or the Prosecutor's office will not reinstate the stale dated state criminal charges after almost four years has passed since the original charging date of April 16, 2014.

3. Please be advised that over this entire period that has lapsed, Joseph Roberts is and has been accessible and available in Harris County and contiguous counties to address and be present in any proceeding that would have been brought regarding the alleged pending state criminal cases.

4.      It is the Plaintiff's adamant contention that he deserves his rights under due process and that his civil rights violations and damages should go forward before the United States District Court for the Southern Division of Texas, Houston Division; Civil Action No. 4:16-CV-01026.

EXECUTED on 21st day of March 2018.

Richard Daniels